UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREME J. BROWN,<br><br>        Petitioner,<br><br>   v.<br><br>TRENT ALLEN,<br><br>        Respondent. | Case No. 23-cv-02370-VC<br><br>**ORDER OF DISMISSAL** |

    This case was opened when Jerome J. Brown filed a petition for writ of habeas corpus. Dkt. No. 1. Brown was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis (IFP) and was allowed twenty-eight days to pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice. Twenty-eight days have passed, and Brown has not filed an IFP application, or otherwise communicated with the court. This case is therefore DISMISSED without prejudice.

    **IT IS SO ORDERED.**

Dated: July 3, 2023

                                                   VINCE CHHABRIA<br>
                                                   United States District Judge